IN THE CIRCUIT COURT OF THE 20TH JUDICIAL CIRCUIT, IN AND FOR

LEE COUNTY, FLORIDA

REEF OF FMB LLC

Plaintiff,

CASE NO.:

VS.

FIRST PROTECTIVE INSURANCE COMPANY

Defendant.

_____/

**COMPLAINT AND DEMAND FOR JURY TRIAL**

Plaintiff, Reef of FMB LLC, by and through the undersigned attorney and sues the Defendant, First Protective Insurance Company, ("Defendant"), and alleges as follows:

1. This is an action for damages greater than $50,000.00, exclusive of interest, costs, and attorneys' fees.

2. At all times material hereto, Plaintiff, Reef of FMB LLC was and is the owner of property located at 2611 Estero Boulevard Fort Myers Beach, FL 33931.

3. At all times material hereto, the Defendant, First Protective Insurance Company, was and is a statutory corporation and agency, department or subdivision of the State of Florida, and was and is authorized to do and doing business in Lee County, Florida.

4. Jurisdiction and venue is proper in Lee County, Florida.

## **FACTS MATERIAL TO ALL COUNTS**

5. Prior to September 28, 2022, Defendant issued a policy of insurance to Plaintiff with the policy F-2022-12-10897-000093875 for Plaintiff's property located at 2611 Estero Boulevard Fort Myers Beach, FL 33931, (the "Property"). Defendant issued claim number 397682.

6. The policy of insurance issued by Defendant included coverage for dwelling, other structures, personal property, and loss of use suffered by Plaintiff.

7. At all times material hereto, Plaintiff's insurance policy with Defendant was in full force and effect including September 28, 2022, the date of loss.

8. Defendant's policy under Coverage A – Dwelling and Coverage B – Other Structures provides that Defendant "insures against risk of direct loss to property…only if that loss is a physical loss to the property."

9. Plaintiff is not in possession of a copy of the policy; however, it will be provided by Defendant during discovery as Defendant is in possession of the same.

10. On or about September 28, 2022, Plaintiff's dwelling suffered direct, physical damage as a result of water damage. Said event caused severe damage to Plaintiff's property. All conditions precedent to obtaining payment of insurance benefits under the policy have been complied with, met or waived.

11. At all times material hereto, First Protective Insurance Company is not immune from liability for breach of contract pertaining to insurance coverage in accordance with Fla. Stat. §627.351(6)(s)(1) et. seq.

## COUNT I—BREACH OF CONTRACT

12. Plaintiff readopts and realleges the allegations contained in paragraphs 1 through 11 above.

13. On or about September 28, 2022, Plaintiff's property was damaged by a covered loss; specifically, Hurricane Ian, resulting in significant damage to the property.

14. Plaintiff gave timely notice of the loss and resulting damage to Defendant and/or its authorized agents, employees or representatives.

15. As a result of the loss on September 28, 2022, Plaintiff sustained damage to its property including physical loss to dwelling and loss of use.

16. Defendant has breached the policy of insurance by failing to pay the full amount of damages sustained by Plaintiff.

17. Defendant continues to refuse to pay the full amount of Plaintiff's covered losses despite Plaintiff's demands for full payment.

18. Plaintiff has been damaged as a result of Defendant's breach in the form of insurance benefits due and owing, plus interest, costs, fees, and attorneys' fees.

19. Plaintiff has retained the undersigned counsel to prosecute this action and is obligated to pay the undersigned counsel a reasonable attorney's fee.

20. Plaintiff is entitled to recover reasonable attorney's fees from Defendant pursuant to F.S. 627.428.

WHEREFORE, Plaintiff demands an entry of judgment in its favor and against the Defendant for all of their damages, as plead herein, including attorneys' fees, prejudgment interest, costs, and for such other and further relief as this Court deems just, proper and equitable.

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury.

## CERTIFICATE

THIS COMPLAINT IS DATED and Signed October 25, 2023, and was filed by:

**FRONTIER LAW GROUP**
By: */s/ Alexander Bekker*
**Alexander Bekker, Esq.**
FBN: 124933
Tel: (305) 308-2234
Email: abekker@frontierlawgroup.com
**Cole Gale, Esq.**
FBN: 105917
Email: cgale@frontierlawgroup.com
PO Box 30592
Fort Lauderdale, FL 33303-0592
Tel: (954) 560-2858