## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## FORT MYERS DIVISION

| | |
|---|---|
| **REEF OF FMB, LLC,**<br>                    **Plaintiff,**<br><br>**vs.**<br><br>**FIRST PROTECTIVE INSURANCE COMPANY,**<br>                    **Defendant**. | **Case No.: 2:23-cv-01062-JLB-KCD** |

### JOINT NOTICE OF SETTLEMENT

Plaintiff, Reef of FMB, LLC, and Defendant, First Protective Insurance Company, hereby file this Joint Notice of Settlement to advise the Court that the parties met, conferred, and arrived at a mutually agreeable resolution of all claims contained within the pleadings. The Parties respectfully request the Court enter a sixty (60) day conditional order of dismissal to finalize and conclude the terms of the settlement, saving jurisdiction over this matter to reinstate should settlement not be perfected.

Dated: July 25, 2024

Respectfully Submitted,

*/s/ John A. Unzicker, Jr.*
John A. Unzicker, Jr.
Florida Bar No. 320366
junzicker@nt-lawfirm.com
**NIELSEN & TREAS, LLC**
3838 North Causeway Blvd., Suite 2850
Metairie, Louisiana 70002
P: 504-837-2500; F: 504-603-0730
*Counsel for Defendant*

And

/s/ *Alexander Bekker*
Alexander Bekker, Esq.
Frontier Law Group
FBN: 124933
Tel: (305) 308-2234
Email: abekker@frontierlawgroup.com
Cole Gale, Esq.
FBN: 105917
PO Box 30592
Fort Lauderdale, Florida 33303
Email: cgale@frontierlawgroup.com
**Counsel for Plaintiff, Reef of FMB, LLC**